IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Paul Jeffery Lucas - #163076

CV 10 80 006 MISC

_____/

**ORDER TO SHOW CAUSE**

It appearing that Paul Jeffery Lucas has been enrolled as an inactive member of the State Bar of California pursuant to Section 6007 of the Business and Professions Code and that he may not practice law while so enrolled effective November 7, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before March 2, 2010 as to why he should not be so enrolled before this Court, pending further notice from the State Bar of California.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Paul Jeffery Lucas
Lucas Law Center
2210 City Lights Drive
Aliso Viejo, CA 92656