IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:  No CV 10 80006 MISC VRW

Paul Jeffery Lucas,  ORDER

State Bar No 163076

_____/

On January 19, 2010, the court issued an order to show cause (OSC) why Paul Jeffery Lucas should not be removed from the roll of attorneys authorized to practice law before this court, based upon his inactive enrollment by the State Bar of California pursuant to Section 6007 of the Business and Professions Code, effective November 7, 2009.

The OSC was mailed to Mr Lucas's address of record with the State Bar on January 21, 2010. A written response was due on or before March 2, 2010. No response to the OSC has been filed as of this date.

The court now orders Paul Jeffery Lucas removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE

PAUL JEFFREY LUCAS

State Bar No. 163076

_____/

Case Number: CV10-80006 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 8, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Jeffery Lucas
Lucas Law Center
2210 City Lights Drive
Aliso Viejo, CA 92656

Dated: March 8, 2010

Richard W. Wieking, Clerk

*Frank Justiliano*

By: Frank Justiliano, Deputy Clerk